```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     EASTMAN KODAK COMPANY

                         Plaintiff(s)

          -vs-                                04-Cv-6095T

     SONY CORPORATION, ET AL

                         Defendant(s)
_____
```

James L. Wamsley, III, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of Ohio and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of James L. Wamsley, III, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, James L. Wamsley, III, Esq. will be admitted to practice pro hac vice in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                         MICHAEL A. TELESCA
                         United States District Judge
```

Dated:  Rochester, New York
        April 28, 2006