UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    EASTMAN KODAK COMPANY

                      Plaintiff(s)

     -vs-                                          04-Cv-6095T

    SONY CORPORATION, ET AL

                      Defendant(s)
_____

    SONY CORPORATION

                      Plaintiff(s)

     -vs-                                          04-Cv-6547T

    EASTMAN KODAK COMPANY

                      Defendant(s)
_____

    Mark V. Campagna, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of Illinois and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Mark V. Campagna, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

    Wherefore, upon receipt of the $75.00 admission fee, Mark V. Campagna, Esq. will be admitted to practice _pro hac vice_ in the above-captioned matter.

    ALL OF THE ABOVE IS SO ORDERED.

                                            S/ MICHAEL A. TELESCA
                                          MICHAEL A. TELESCA
                                          United States District Judge

Dated: Rochester, New York
       August 18, 2006