```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     EASTMAN KODAK COMPANY

                         Plaintiff(s)

        -vs-                                    04-Cv-6095T

     SONY CORPORATION, ET AL

                         Defendant(s)
_____

     SONY CORPORATION, ET AL

                         Plaintiff(s)

        -vs-                                    04-Cv-6547T

     EASTMAN KODAK COMPANY, ET AL

                         Defendant(s)

_____
```

John J. Lauter, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of New York and multiple federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matters.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of John J. Lauter, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, John J. Lauter, Esq. will be admitted to practice pro hac vice in the above-captioned matters.

ALL OF THE ABOVE IS SO ORDERED.

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:  Rochester, New York
        December 4, 2006