```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

      EASTMAN KODAK COMPANY

                        Plaintiff(s)

           -vs-                                    04-Cv-6095T

      SONY CORPORATION, ET AL

                        Defendant(s)
_____

      SONY CORPORATION, ET AL

                        Plaintiff(s)

           -vs-                                    04-Cv-6547T

      EASTMAN KODAK COMPANY, ET AL

                        Defendant(s)
_____
```

Daniel R. Volkmuth, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of Ohio and the United States District Court for the District of Columbia and has requested to be admitted to practice before this Court with respect to the above-captioned matters. Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Daniel R. Volkmuth, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, Daniel R. Volkmuth, Esq. will be admitted to practice pro hac vice in the above-captioned matters.

ALL OF THE ABOVE IS SO ORDERED.

                                          S/ MICHAEL A. TELESCA
                                      MICHAEL A. TELESCA
                                      United States District Judge

Dated:  Rochester, New York
        December 11, 2006